**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00262-KLM

GEOVANNY MORALES,

     Plaintiff,

v.

ROXBOX CONTAINERS, LLC AND
ANTHONY HALSCH,

     Defendant.

---

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE**

**RESPONSIVE PLEADING**

---

Pursuant to D.C.Colo.LCiv. 6.1(A), Plaintiff Geovanny Morales and Defendants Roxbox Containers, LLC and Anthony Halsch ("Defendants") hereby stipulate and agree to a 21-day extension of the deadline for Defendants to respond to the Complaint. The Complaint was filed on January 31, 2020 and served on Defendants on February 13, 2020. The Parties are filing this stipulation before the expiration of the time limits to respond as prescribed in the Federal Rules of Civil Procedure. No previous extension for Defendants' Response has been sought or stipulated. Under this stipulation, Defendants shall have up to and including March 26, 2020, to respond to the Complaint

1

Respectfully submitted this 5th day of March, 2020.


*/s/ Brandt Milstein*                          /s/ E. Milo Schwab

Brandt Milstein, Esq.                          E. Milo Schwab, Esq.

Milstein Law Office                            Ascend Counsel, LLC

2400 Broadway, Suite B                         3000 Lawrence Street

Boulder, CO 80304                              Denver, CO 80205

(303) 444-8780                                 (303) 888-440

brandt@milsteinlawoffice.com                   milo@ascendcounsel.co


ATTORNEY FOR PLAINTIFF                          ATTORNEY FOR DEFENDANTS


## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 5th day of March, 2020, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** was filed with the US District Court of Colorado CM/ECF System which will notify the following:


*/s/ Brandt Milstein*                          /s/ E. Milo Schwab

Brandt Milstein, Esq.                          E. Milo Schwab, Esq.

Milstein Law Office                            Ascend Counsel, LLC

2400 Broadway, Suite B                         3000 Lawrence Street

Boulder, CO 80304                              Denver, CO 80205

(303) 444-8780                                 (303) 888-440

brandt@milsteinlawoffice.com                   milo@ascendcounsel.co


Attorney for Plaintiff                          Attorney for Defendants


*/s/ Brandt Milstein*                          */s/ E. Milo Schwab*

Brandt Milstein                                E. Milo Schwab, Esq.


2