## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-00262-PAB-KLM

GEOVANNY MORALES,

     Plaintiff,

v.

ROXBOX CONTAINERS, LLC and
ANTHONY HALSCH,

     Defendants.

---

## STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.


*s/ Brandt Milstein*
Brandt Milstein
Milstein Law Office
2400 Broadway, Suite B
Boulder, CO 80304
303.440.8780
brandt@milsteinlawoffice.com

*Attorney for Plaintiff*

*s/ Edward Milo Schwab*
Edward Milo Schwab
Ascend Counsel, LLC
3000 Lawrence
Denver, CO 80205
303.888.4407
milo@ascendcounsel.co

*Attorney for Defendants*

**SO ORDERED**

Dated:     ***08 Jun 2020***

Hon. Kristen L. Mix
United States Magistrate Judge