IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00262-PAB-KLM

GEOVANNY MORALES,

      Plaintiff,

v.

ROXBOX CONTAINERS, LLC, and
ANTHONY HALSCH,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Chief Judge's **Orders** [#35, #36] resolving the pending Motions to Dismiss [#13, #16] in this case.

IT IS HEREBY **ORDERED** that the stay imposed on November 3, 2020, is **LIFTED**. Pursuant to the Court's Order [#34], the parties shall confer and file a joint motion **no later than March 18, 2021**, seeking to reset the discovery cut-off and any other relevant deadlines or hearings.

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for March 26, 2021, at 1:30 p.m., and the March 19, 2021 deadline to file a proposed pretrial order are both **VACATED**.

Dated:  March 10, 2021