**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-00262-PAB-KLM

GEOVANNY MORALES,

     Plaintiff,

v.

ROXBOX CONTAINERS, LLC and
ANTHONY HALSCH,

     Defendants.

---

## JOINT MOTION TO EXTEND DISCOVERY AND OTHER DEADLINES

---

COME NOW the Parties, through undersigned counsel, to respectfully request that the Court extend the current discovery and other deadlines as described below. In support, the parties state:

1. At the parties' request, on November 3, 2020, the Court stayed discovery in this matter pending the Chief Judge's ruling on the parties' dueling motions to dismiss Defendants' counterclaims and Plaintiffs' retaliation claim. [#34]. The Court stayed discovery to preserve litigant and Court resources by avoiding the necessity to take discovery on claims subject to potential dismissal. *Id.*

2. On March 4, 2021, the Chief Judge resolved the motions to dismiss, clarifying which claims are live in the matter. [#35, #36].

3. On March 10, 2021, the Court ordered the parties to confer and file a joint motion by March 18, 2021, seeking to reset the discovery cut-off and any other relevant deadlines. [#37].

4. The parties have conferred and propose the following discovery cut-off and other deadlines to delimit the litigation of the remaining claims.

5. Proposed discovery cut-off and deadline to make discovery motions:  July 16, 2021.

6. Proposed dispositive motion deadline: August 20, 2021.

7. Expert disclosure and Fed. R. Civ. P. 26(a)(2) information disclosure deadline: May 14, 2021.

8. Rebuttal expert disclosure and Fed. R. Civ. P. 26(a)(2) information disclosure deadline: June 14, 2021.

WHEREFORE, the parties respectfully request that the Court enter an order amending the Scheduling Order (# 27) to allow for a new discovery cut-off and related dates enumerated above.

Respectfully submitted,

| | |
|---|---|
| *s/ Brandt Milstein* | *s/ Edward Milo Schwab* |
| Brandt Milstein | Edward Milo Schwab |
| MILSTEIN LAW OFFICE | ASCEND COUNSEL, LLC |
| 2400 Broadway, Suite B | 3000 Lawrence |
| Boulder, CO 80304 | Denver, CO 80205 |
| 303.440.8780 | 303.888.4407 |
| brandt@milsteinlawoffice.com | milo@ascendcounsel.co |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I filed this *Joint Motion* electronically through the CM/ECF system, which caused all parties entitled to service to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*s/ Brandt Milstein*