IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00262-PAB-KLM

GEOVANNY MORALES,

   Plaintiff,

v.

ROXBOX CONTAINERS, LLC, and
ANTHONY HALSCH,

   Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the parties' **Joint Motion to Extend Discovery and Other Deadlines** [#38] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. The affirmative expert witness disclosure deadline is extended to **May 14, 2021**. The rebuttal expert witness disclosure deadline is extended to **June 14, 2021**. The discovery cut-off (including the deadline to make discovery motions) is extended to **July 16, 2021**. The dispositive motion deadline is extended to **August 20, 2021**.

   IT IS FURTHER **ORDERED** sua sponte that the Final Pretrial Conference is **RESET** to **November 23, 2021**, at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

   IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **November 16, 2021**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers @cod.uscourts.gov*.

   Dated:  April 1, 2021