# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-00262-RMR-KLM

GEOVANNY MORALES,

     Plaintiff,

v.

ROXBOX CONTAINERS, LLC and
ANTHONY HALSCH,

     Defendants.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

COME NOW the Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby dismiss the above-captioned action, including all claims and counterclaims pleaded therein, with prejudice, each party to bear their own attorney fees and costs.

Respectfully submitted,

| | |
|---|---|
| *s/ Brandt Milstein* | *s/ E. Milo Schwab* |
| Brandt Milstein | E. Milo Schwab |
| MILSTEIN TURNER, PLLC | Ascend Counsel, LLC |
| 2400 Broadway, Suite B | 3000 Lawrence St. |
| Boulder, CO 80304 | Denver, CO 80205 |
| 303.440.8780 | 303.888.4407 |
| brandt@milsteinturner.com | milo@ascendcounsel.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |